UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC, a Delaware limited liability company; REGAL BELOIT CORPORATION, a Wisconsin corporation; JAKEL MOTORS INCORPORATED, a Wisconsin corporation; and DOES 1 to 25, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-01462 DSF (AFMx)<br><br>**ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff, Scottsdale Insurance Company and defendants Broan-NuTone, LLC, Regal Beloit Corporation, and Jakel Motors Incorporated (collectively, the "parties"), regarding the parties having satisfactorily resolved their disputes, the Court Orders as follows:

/ / /

/ / /

1 | The complaint in this matter is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED: July 31, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Case No. 2:18-cv-01462 DSF (AFMx)
ORDER FOLLOWING JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE

2